SHERIFF'S NUMBER 937021-001D  CASE NUMBER 08CV153    DEPUTY: KAPLAN 066

FILED DT 01-08-2008 RECEIVED DT 01-08-2008 DIE DT 01-24-2008 MULTIPLE SERVICE   1
　　DEFENDANT　　　　　　　　　　　　　　　　　　ATTORNEY
MEADOWORKS, INC.　　　　　　　　　　　　　　　ROBERT D. KREISMAN/KREISMAN LA
1401    LOUIS AV　　　　　　　　　　　　　　　55 W. MONROE ST.
ELK GROVE VILLA IL. 60007　　　　　　　　　　CHICAGO IL. 60603
　　　　　　　　　　　　　　　　　　　　　　　 312 346-0045

PLAINTIFF FEDERAL MOLDING CORP.

SERVICE INFORMATION: CF


FOREIGN

****************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
　　　　NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
　　　　AT THE DEFENDANT'S USUAL PLACE  OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
　　　　RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
　　　　THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
　　　　_____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
　　　　PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
　　　　SAID PARTY REFUSED NAME_____
..X..3 SERVICE ON:  CORPORATION____ COMPANY____ BUSINESS____ PARTNERSHIP____
　　　　BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
　　　　REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)  THOMAS J. DART, SHERIFF, BY:  _____, DEPUTY
　　1 SEX M M/F  RACE W  AGE 39
　　2 NAME OF DEFENDANT MEADOWORKS, INC.
　　　　WRIT SERVED ON  DAVE OCHOA  VP
　　　　THIS 23 DAY OF Jan , 20 08  TIME 8:27 A.M./P.M.
　　ADDITIONAL REMARKS  No Hrs Posted

****************************************************************************
THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG  Bus Office          ATTEMPTED SERVICES

NEIGHBORS NAME _____        DATE      TIME A.M./P.M.
　　　ADDRESS _____          1-18      7:41A 266

　　　REASON NOT SERVED:
　　　　　　　　　　　07 EMPLOYER REFUSAL　　　　　___ ___:___
___ 01 MOVED　　　　  08 RETURNED BY ATTY　　　　___ ___:___
___ 02 NO CONTACT　　 09 DECEASED　　　　　　　　___ ___:___
___ 03 EMPTY LOT　　  10 BLDG DEMOLISHED　　　　 ___ ___:___
___ 04 NOT LISTED　　 11 NO REGISTERED AGT.　　　___ ___:___
___ 05 WRONG ADDRESS  12 OTHER REASONS　　　　　 ___ ___:___
___ 06 NO SUCH ADDRESS 13 OUT OF COUNTY　　　　　___ ___:___
　　　　　　　　　　　　　　　　　　　　　　　　___ ___:___

FEE   .00   MILEAGE    .00   TOTAL    .00　　　　　　　　SG20

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

  FOREIGN

**SUMMONS IN A CIVIL CASE**

FEDERAL MOLDING CORP., a Minnesota Corporation

v.

MEADOWORKS, INC., an Illinois Corporation

08CV153
JUDGE CASTILLO
MAGISTRATE JUDGE COX

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Meadoworks, Inc.
1401 Louis Ave.
Elk Grove Village, IL 60007

```
000125-1.4.1 01/08/08 15:03
    CASE    # 08  000153
    FOREIGN WRIT          50.00
    CHARGE                10.00
    SHERIFF # 937021
    CASE TOTAL            60.00 *
    TOTAL                 60.00 TL
    CHECK 1               60.00
    CASHIER: DENISE
```

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert D. Kreisman
Kreisman Law Offices
55 W. Monroe St., Suite 3720
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN 0 8 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

    G  Served personally upon the defendant. Place where served: _____

    _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    _____

    _____

    G  Other (specify): _____

    _____

    _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                          Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.