IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL MOLDING CORP., a Minnesota corporation ) ) ) Plaintiff, ) ) v ) ) MEADOWORKS, INC., an Illinois Corporation ) ) ) Defendant. ) | Case No. 08CV153<br>Honorable Judge Ruben Castillo<br>Magistrate Judge Susan E. Cox |

**MOTION TO STAY**
**PURSUANT TO *COLORADO RIVER* ABSTENTION**

1.  Federal filed this action on January 8, 2008.

2.  However, previously, on October 12, 2007, Meadoworks filed an action against Federal involving the same transaction and the same legal and factual issues in state court.

3.  As more fully stated in the Meadoworks' Memorandum In Support Of Its Motion To Stay Pursuant To *Colorado River* Abstention, because the actions are parallel and the relevant factors weigh in favor of abstention, this Court should stay the instant action while the state court proceeding continues, and grant such other and further relief as the Court deems just and necessary.

WHEREFORE, Meadoworks requests that this Court enter an order staying the instant action, and granting such other and further relief as the Court deems just and necessary.

Respectfully Submitted,
MEADOWORKS, INC.

By:   /s/ Peter T. Berk
       One of its attorneys

**ATTORNEYS FOR DEFENDANT**
**MCDONALD HOPKINS LLC**
Richard N. Kessler - 6183140
Peter T. Berk - 6242515
640 North LaSalle Street, Suite 590
Chicago, Il 60610-3731
Ph:  312-280-0111

1

{1393856:}