IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIRST DISTRICT

| | | |
|---|---|---|
| Meadoworks, Inc.<br>A corporation | | NO: 20071201622<br>CALENDAR/ROOM 1106<br>TIME 09:30<br>Breach of Contract |
| Plaintiff | | AMOUNT CLAIMED: $8,899.00 plus costs |
| Vs. | | |
| Federal Molding Corp.<br>A corporation | | RETURN DATE:<br>NOV 2 0 2007 |
| Defendant | | |

## COMPLAINT

Now comes the Plaintiff, Meadoworks, Inc., by and through its attorneys, Stein & Rotman as and for it's complaining its Defendant Federal Molding Corp., a Minnesota corporation, states as follows:

1. Plaintiff is an Illinois corporation whose principal business is the sales and distribution of molding machines and related equipment.

2. On or before June 20, 2007 Plaintiff listed for sale one (1) Arburg 630S, Mfg. 2002, serial number 188982 molding machine.

3. On or about said date, June 20, 2007 the Defendant offered to purchase said equipment from Meadoworks, Inc. for the total sum of $85,000.00, which offer to purchase was accepted by Meadoworks, Inc. at its facility 1401 Louis Ave., Elk Grove Village, IL 60007. A copy of the invoice and the acknowledgement of the purchase are attached as Exhibit A.

4. In furtherance of the purchase agreement, the Defendant paid $77,500.00 to the Plaintiff at its offices in Elk Grove Village, Illinois, leaving a balance of $7,500.00 owed to Meadoworks.

5. Plaintiff tendered delivery of the equipment to Defendant on July 9, 2007.

6. Upon tender of delivery of the equipment, Defendant wrongfully rejected the tender without unloading or inspecting the equipment.


EXHIBIT A

7. Plaintiff has performed all conditions required of it under the agreement.

8. Incidental to and as a consequence of Defendant's wrongful rejection of tender of the equipment, Plaintiff incurred additional shipping and storage charges of $1,498.00, as more fully recorded in Exhibit B, attached hereto..

9. Demand has been made by Plaintiff on Defendant for payment of $8,998.00, but Defendant has refused to pay in spite of meeting with Plaintiff at Plaintiff's office in Elk Grove Village, Illinois to discuss payment.

WHEREFORE, Plaintiff prays for the entry of judgment against the Defendant, for the sum of $8,998.00 and the costs of this suit.

Meadoworks, Inc.

BY: _____
STEIN & ROTMAN, Attorneys for Plaintiff

## CERTIFICATION

Under penalties as provided by law pursuant to section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____

Attorney #20468
STEIN & ROTMAN
105 West Madison - Suite 600
Chicago, Illinois 60602
(312) 236-5375

# AFFIDAVIT

STATE OF __Illinois__ )

COUNTY OF __Cook__ )

__Edward Walsh_____, being first duly sworn, deposes and says:

1. That he/she is an individual duly authorized by the Plaintiff to make this Affidavit on behalf of same.

2. That the Plaintiff is:

   ____ an individual trading as _____.

   ____ a partnership trading as _____.

   __X__ a corporation organized under the laws of the State of __Illinois__ and trading as __Meadoworks, Inc._____.

   ____ other _____.

3. That the Defendant, __Federal Molding Corp.__ is indebted unto the Plaintiff over and above all legal set-offs, in the amount equal to __Eighty Nine Hundred Ninety Eight__ Dollars ($__8,998.00__).

4. That this deponent, if sworn as a witness, can testify competently to the facts contained herein.

FURTHER AFFIANT SAYETH NOT.

[signature]

SUBSCRIBED AND SWORN to before
Me this __4th__ day of __October__, 200__7__.

[signature]
NOTARY PUBLIC

My commission expires: __3/30/10__

OFFICIAL SEAL
PAIGE E KELLY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/30/10

# ▲▲MEADOWORKS, Inc.

1401 Louis Ave.
Elk Grove Village, IL 60007
847-640-8580 Fax: 847-640-0916

Invoice No. 16670

## INVOICE

**Customer**
Name: Federal Molding Corp
Address: 4024 Peavey Road
City: Chaska    State: MN
Zip: 55318    Country:
Fax:

Date: 6/20/2007
Order No.:
Rep: Kevin
FOB:

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Arburg 630S, Mfg. 2002, Serial Number 188982. Machine to be in good working order. Loading onto Federal Molding truck included.<br><br>Terms: Payment of $77,500.00 due within 24 hours of receipt of invoice. Balance to be paid within 14 days of receipt of machine or 7-16-07 or whichever comes first.<br><br>Accepted by: _____ | $85,000.00 | $85,000.00 |

SubTotal: $85,000.00
Shipping & Handling:
Taxes State:
**TOTAL: $85,000.00**

**Payment Details**
Due Upon Receipt

_Wiring Information - For Express Processing_
American Charter Bank
1199 E. Higgins Rd.
Schaumburg, IL 60173
Account# 1174563
Bank Routing# 071925046
Swift: MARLUS44

X _[signature]_

Office Use Only

*Thank you for your Business.*


Ex A



# MEADOWORKS, Inc.

1401 Louis Ave.
Elk Grove Village, IL 60007
847-640-8580 Fax: 847-640-0916

Invoice No. 18670

## INVOICE

**Customer**
Name: Federal Molding Corp
Address: 4024 Peavey Road
City: Chaska  State: MN
Zip: 55318  Country:
Fax:

Date: 7/11/2007
Order No.:
Rep: Kevin
FOB:

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Balance on Machine | $7,500.00 | $7,500.00 |
| 1 | Shipping cost from MN | $875.00 | $875.00 |
| 1 | Unloading cost at CWC | $450.00 | $450.00 |
| 1 | Monthly rent at CWC | $173.00 | $173.00 |

Accepted by: _____

SubTotal: $8,998.00
Shipping & Handling:
Taxes  State:
**TOTAL**: $8,998.00

Office Use Only

**Payment Details**
Due Upon Receipt

_Wiring Information - For Express Processing_
American Charter Bank
1199 E. Higgins Rd.
Schaumburg, IL 60173
Account# 1174563
Bank Routing# 071925046
Swift: MARLUS44

X _____

Thank you for your Business.



Ex B