IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL MOLDING CORP., a Minnesota corporation ) ) ) Plaintiff, ) ) v ) ) MEADOWORKS, INC., an Illinois Corporation ) ) ) Defendant. ) | Case No. 08CV153 Honorable Judge Ruben Castillo Magistrate Judge Susan E. Cox |

## AFFIDAVIT OF ED WALSH

Ed Walsh, being duly sworn being first duly sworn upon oath states as follows:

1. I am over the age of eighteen; I have personal knowledge of the facts set forth herein; and I am fully competent to testify to such facts if called as a witness.

2. I am the President of Meadoworks, Inc.

3. I had various communications with a representative of Federal Molding Corporation in regards to the reasons that Federal rejected the molding machine that Meadoworks had delivered to Federal.

4. Over a number of communications, Federal's representative, among other things, stated that the machine was rejected because it was not as represented. Specifically, I was informed that Federal claimed that the machine that was delivered was not the same machine that was advertised, that the machine was dirty, that the doors were damaged, that certain metal on the machine was brown, that some of the bars on the machine had rust, and that hydraulic fluid was left in the machine when it was shipped.

**Further Affiant sayeth naught.**



EXHIBIT C

{1393653:}

Dated: February 11, 2008                    [signature]

Subscribed and sworn to before me
this 11 day of February, 2008.

[signature]
Notary Public

"OFFICIAL SEAL"
STUART J STEIN
COMMISSION EXPIRES 09/26/09
NOTARY PUBLIC STATE OF ILLINOIS

{1393653 }