F:\682-001\Pleadings\Ans to Complaint 111607.doc

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIRST DISTRICT

| | |
|---|---|
| Meadoworks, Inc., a corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   07 M1 201622 |
| ) | |
| Federal Molding Corp., a corporation, ) | |
| ) | |
| Defendant. ) | |

### ANSWER TO COMPLAINT

NOW COMES the defendant, Federal Molding Corp., by its attorney Robert D. Kreisman of Kreisman Law Offices and in answer to the complaint filed against it by the plaintiff, Meadoworks, Inc., states as follows:

1. Defendant admits the allegations contained in paragraph 1.

2. The defendant has no knowledge as to when plaintiff listed for sale the molding machine in question.

3. Defendant admits the allegations contained in paragraph 3.

4. Defendant admits the allegations contained in paragraph 4.

5. Defendant admits the allegations contained in paragraph 5.

6. Defendant denies the allegations contained in paragraph 6.

7. Defendant denies the allegations contained in paragraph 7.

8. Defendant denies the allegations contained in paragraph 8.

9. Defendant denies the allegations contained in paragraph 9.

WHEREFORE, the defendant, Federal Molding Corp. denies that the plaintiff, Meadoworks, Inc. is entitled to the relief it seeks in its complaint or any other sum


EXHIBIT D

whatsoever and prays that this matter so wrongfully brought be dismissed at plaintiff's cost.

                                        Respectfully submitted,

                                        *[signature]*

                                        Robert D. Kreisman, one of the attorneys for
                                        the defendant, Federal Molding Corp.

Kreisman Law Offices
55 West Monroe St., Suite 3720
Chicago, IL 60603
312-346-0045
Attorney No. 12926

2

STATE OF ILLINOIS )
                  ) SS
COUNTY OF COOK    )

### CERTIFICATION

Under penalties as provided by law, the undersigned certifies pursuant to 1-109 of the Illinois Code of Civil Procedure the undersigned, Robert D. Kreisman, certifies that the statements set forth as answered to Plaintiff's Complaint are true and correct.

_____
Robert D. Kreisman, one of the attorneys for the defendant, Federal Molding Corp.

SUBSCRIBED and SWORN to
before me this 19th day of November, 2007.

_____
NOTARY PUBLIC