Notice/motion-general

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Meadoworks, Inc.,
A Corporation
                Plaintiff

       vs.                            NO: 07 M1 201622

Federal Molding Corp.,
A Corporation
                Defendant

TO:   Robert D. Kreisman
        Attorney At Law
        55 W. Monroe St. – Suite 3720
        Chicago, IL 60603

### NOTICE OF MOTION

On February 21, 2008 at 2:00 p.m. or as soon thereafter as counsel may be heard, we shall appear before the Judge Presiding in Room 1106 of the Richard J. Daley Center, Chicago, Illinois and move the Court for an Order granting relief prayed for in this attached MOTION.

### MOTION

Now comes your Movant and prays for the following relief:

That this matter be set for a status hearing on a date certain.

     WHEREFORE, your Movant prays for the entry of an Order in accordance with the relief prayed for in this Motion.

                                                                           Stein & Rotman, Plaintiff's Attorneys

     I, ORIN S. ROTMAN, an attorney, certify that I served this Notice and Motion by mailing a copy of same to whom it is directed and depositing same in the U. S. Mail at 105 West Madison, Chicago, Illinois, at or before the hour of 5:00 p.m. on January 25, 2008.

                                                                           ORIN S. ROTMAN

STEIN & ROTMAN, Plaintiff's Attorneys
105 West Madison – Suite 600
Chicago, Illinois 60602
(312) 236-5375
Atty. No. 20468

EXHIBIT E