TYPE LAW                SHERIFF'S OFFICE OF COOK COUNTY

SHERIFF'S NUMBER 937021-001D CASE NUMBER 08CV153    DEPUTY: _____

FILED DT 01-08-2008 RECEIVED DT 01-08-2008 DIE DT 01-24-2008 MULTIPLE SERVICE    1
    DEFENDANT                                    ATTORNEY
MEADOWORKS, INC.                                 ROBERT D. KREISMAN/KREISMAN LA
1401    LOUIS AV                                 55 W. MONROE ST.
ELK GROVE VILLA IL. 60007                        CHICAGO IL. 60603
                                                 312 346-0045
PLAINTIFF FEDERAL MOLDING CORP.                                  FOREIGN

SERVICE INFORMATION: CF

**********************************************************************************
(A). I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE  OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME
.....3 SERVICE ON: CORPORATION    COMPANY    BUSINESS    PARTNERSHIP
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER  OF THE DEFENDANT.
.....4 CERTIFIED MAIL _____

(B)  THOMAS J. DART, SHERIFF, BY: _____ , DEPUTY

     1  SEX M H/F    RACE W    AGE 39
     2  NAME OF DEFENDANT MEADOWORKS, INC
        WRIT SERVED ON _____
        THIS 23 DAY OF Jan , 20 08 TIME 8;27 A.M./P.M.

     ADDITIONAL REMARKS _____

**********************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG _____        ATTEMPTED SERVICES

NEIGHBORS NAME _____        DATE      TIME  A.M./P.M.

     ADDRESS _____         1-18      744A  2766

          REASON NOT SERVED:                   _____   ___:___
                    07 EMPLOYER REFUSAL        _____   ___:___
___ 01 MOVED        08 RETURNED BY ATTY        _____   ___:___
___ 02 NO CONTACT   09 DECEASED
___ 03 EMPTY LOT    10 BLDG DEMOLISHED         _____   ___:___
___ 04 NOT LISTED   11 NO REGISTERED AGT.      _____   ___:___
___ 05 WRONG ADDRESS 12 OTHER REASONS          _____   ___:___
___ 06 NO SUCH ADDRESS 13 OUT OF COUNTY
                                               _____   ___:___

FEE    .00    MILEAGE    .00    TOTAL    .00              SG20

EXHIBIT
F

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

# FOREIGN

**SUMMONS IN A CIVIL CASE**

FEDERAL MOLDING CORP., a Minnesota
Corporation

V.

MEADOWORKS, INC., an Illinois Corporation

**08CV153
JUDGE CASTILLO
MAGISTRATE JUDGE COX**

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Meadoworks, Inc.
1401 Louis Ave.
Elk Grove Village, IL 60007

```
000125-1.4.1 01/08/08 15:03
FEE CASE  # 08 000153
  FOREIGN WRIT        50.00
                      10.00
FEE SHERIFF # 937021
CASE TOTAL            60.00 #
TOTAL                 60.00 TL
CHECK 1               60.00
CASHIER: DENISE
```

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert D. Kreisman
Kreisman Law Offices
55 W. Monroe St., Suite 3720
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

JAN 08 2008
_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

**G** Served personally upon the defendant.  Place where served: _____

_____

**G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G** Returned unexecuted: _____

_____

_____

**G** Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        *Date*                              *Signature of Server*


                                        _____
                                              *Address of Server*


(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.