IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL MOLDING CORP., a Minnesota corporation | ) ) ) | |
| Plaintiff, | ) ) | |
| v | ) ) ) | Case No. 08CV153<br>Honorable Judge Ruben Castillo<br>Magistrate Judge Susan E. Cox |
| MEADOWORKS, INC., an Illinois Corporation | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To: Mr. Robert D. Kreisman
Kreisman Law Offices
55 West Monroe Street, Suite 3720
Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on **February 20, 2008 at 9:45 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Ruben Castillo or any judge sitting in his stead, in **Room 2141** of the **United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, IL** and then and there present **Defendant's Motion to Stay Pursuant to *Colorado River* Abstention**, a copy of which is attached hereto and ask for a hearing thereon *instanter*.

Dated: February 12, 2008

MEADOWORKS, INC.

By: /s/ Peter T. Berk

**ATTORNEYS FOR DEFENDANT**
MCDONALD HOPKINS LLC
RICHARD N. KESSLER, ESQ. 6183140
PETER T. BERK, ESQ. 6242515
640 North LaSalle Street, Suite 590
Chicago, IL 60610
Telephone: (312) 280-0111
Facsimile: (312) 280-8236

{1396044:}

## CERTIFICATE OF SERVICE

I, Peter T. Berk, an attorney, hereby certify that on the February 12, 2008, I electronically filed **Defendant's Notice of Motion and Motion to Stay Pursuant to *Colorado River* Abstention** with the Clerk of the Court using the Electronic Case Filing system which will send notification of such filing to:

Mr. Robert D. Kreisman
Kreisman Law Offices
55 West Monroe Street
Suite 3720
Chicago, Illinois 60603

/s/  Peter T. Berk

{1396044:}