## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Federal Molding Corp.
                        Plaintiff,

v.
                                            Case No.: 1:08–cv–00153
                                            Honorable Ruben Castillo

Meadoworks, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

      MINUTE entry before Judge Ruben Castillo :Motion hearing held on 2/20/2008. For all the reasons stated therein, the Court grants Defendant's motion to stay pursuant to Colorado River Abstention [9]. This lawsuit is hereby dismissed without prejudice to the assertion of these claims in the underlying parallel state court suit.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.